# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JENNIFER SANTIAGO AND SAMUEL
SANTIAGO,

          Respondents

          v.

PHILLY TRAMPOLINE PARK, LLC I/P/A
SKY ZONE, D/B/A SKY ZONE
TRAMPOLINE PARK D/B/A SKY ZONE
PHILADELPHIA, SKY ZONE
PHILADELPHIA, INC., SKY ZONE
TRAMPOLINE PARK A/K/A SKY ZONE
PHILADELPHIA,

          Petitioners

:  No. 96 EAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal

is **GRANTED**.  The issues, as stated by petitioners, are:

(1)    Whether the Superior Court erred in finding that the arbitration provision set forth in the Participation Agreement signed by Respondent Mother Jennifer Santiago ("Respondent Mother") is unenforceable as to the claims of Respondent Father Samuel R. Santiago ("Respondent Father"), where Respondent Mother was acting as the Respondent Father's agent to the extent the Participation Agreement related to the Plaintiff Minor Isabella Santiago's ("Respondent Minor") use of Petitioners' trampoline park.

(2)    Whether the Superior Court erred in finding that the arbitration provision set forth in the Participation Agreement signed by Respondent Mother is unenforceable as to the claims of Respondent Minor, such that Respondent Minor may now disavow this arbitration provision and bring her claims—

which fall squarely within the scope of the arbitration provision—before a court of law.

The Application for Leave to File Brief of Amici Curiae filed by Get Air Management, Inc., the Pennsylvania Coalition for Civil Justice Reform, the Pennsylvania Manufacturers' Association, and the National Federation of Independent Business, Inc. is also **GRANTED**.